FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 FEB 24  AM 9: 55

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. JFM-15-0050 |
| ) | |
| SULEIMAN HASAN PASHA, et al., ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Jason D. Medinger, Assistant United States Attorney for said District, files this motion to unseal the indictment and all related documents filed in the above numbered and styled cause, and in support thereof states the following:

1. On February 10, 2015, Defendants Suleiman Pasha, Gary Coleman, and Cyril Boodoo were indicted for conspiracy in violation of 18 U.S.C. § 371, payment of bribes and illegal gratuities, in violation of 18 U.S.C. § 201, and conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 846, and 841.

2. Arrest warrants were issued for each of the Defendants. The indictment was placed under seal pending the arrest of all the Defendants.

3. On Monday February 23, 2015, Defendant Suleiman Pasha was taken into custody and brought before U.S. Magistrate Judge Beth P. Gesner for an initial appearance.

4. At that time, undersigned counsel orally moved to unseal the indictment as to Defendant Pasha, which the Court granted. Moreover, because Defendant Pasha was the last named

defendant to be taken into custody, undersigned counsel orally moved for the indictment and all related documents filed in this matter to be unsealed, which the Court granted.

5.      Undersigned counsel now submits the instant motion to unseal the indictment and related documents to memorialize the ruling previously made by the Court.  A proposed order is attached.

                                      Respectfully submitted,

                                      ROD J. ROSENSTEIN
                                      UNITED STATES ATTORNEY

By:     /s/ _____
        Jason D. Medinger
        Assistant United States Attorney
        36 S. Charles St., 4th Fl.
        Baltimore, Maryland 21201
        410-209-4800